**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WALTER JAMES COOPMAN, and on behalf of others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>　　　　　　　　　　　Defendants. | Case No.: 3:16-cv-00017-LRH-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR WALTER JAMES COOPMAN TO FILE HIS OPPOSITION TO NATIONSTAR MORTGAGE, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

　　　　The parties respectfully submit the following Stipulation to allow Plaintiff Walter James Coopman an additional 7 days to file his opposition to the Motion to Dismiss filed by Defendant Nationstar Mortgage, LLC. The parties enter into this stipulation at Plaintiff's request in order to provide him additional time to complete his opposition. This is the first request for an extension for Plaintiff to file his opposition.

//

//

//

DATED this 6th day of June, 2016.

| **THE LAW OFFICES OF CHRISTOPHER P. BURKE, ESQ.** | **AKERMAN LLP** |
|---|---|
| /s/ *Christopher Burke*<br>CHRISTOPHER P. BURKE, ESQ.<br>Nevada Bar No. 4093<br>702 Plumas Street<br>Reno, Nevada 89509<br><br>*Attorneys for Plaintiff* | /s/ *Matthew Knepper*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>MATTHEW I. KNEPPER, ESQ.<br>Nevada Bar No. 12796<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Nationstar Mortgage, LLC* |

## ORDER

**IT IS SO ORDERED**, nunc pro tunc.

DATED this 7th day of June, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2