UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WALTER JAMES COOPMAN,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>    Defendant. | 3:16-cv-0017-LRH-WGC<br><br><br>ORDER |

Before the court is Defendant Nationstar Mortgage, LLC's motion to dismiss Plaintiff Walter James Coopman's ("Coopman") complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF No. 18. However, after the filing of defendant's motion, plaintiff filed an amended complaint. *See* ECF No. 21. The filing of the amended complaint supersedes the original complaint in its entirety. Accordingly, defendants' motion to dismiss the complaint is now moot. Therefore, the court shall deny the motion to dismiss without prejudice.

IT IS THEREFORE ORDERED that defendant's motion to dismiss (ECF No. 18) is DENIED as moot.

IT IS SO ORDERED.

DATED this 19th day of July, 2016.

_____
LARRY R. HICK
UNITED STATES DISTRICT JUDGE