IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEVADA

| | |
|---|---|
| Walter James Coopman, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Nationstar Mortgage, LLC ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 3:16-cv-00017-LRH-WGC <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by Walter James Coopman, by and through his counsel of record, Christopher P. Burke, Esq., and Defendant, Nationstar Mortgage, LLC, by and through its counsel of record, Melanie D. Morgan, Esq., of the law firm, Akerman LLP., that pursuant to Fed.R.Civ. P. 41(a), the above-captioned

action be dismissed in its entirety with prejudice.  Each party is to bear their own attorneys' fees and costs.

Dated this 22nd day of May, 2017.          Dated this 23rd day of May 2017.

/s/ Christopher P. Burke, Esq.              /s/ Melanie D. Morgan, Esq.
CHRISTOPHER P. BURKE, ESQ.            MELANIE D. MORGAN, ESQ.
Nevada Bar No. 004093                        AKERMAN LLP
702 Plumas Street                                    1160 Town Center Dr., Ste. 330
Reno, Nevada 89509                             Las Vegas, Nevada 89144
Phone:(775) 333-9277                           Phone: (702)634-5005
Fax: (775)329-1165                                 Fax: (702)380-8572
Email: attycburke@charter.net             Email: melanie.morgan@akerman.com
       atty@cburke.lvcoxmail.com

## **ORDER**

Upon stipulation of the parties and for good cause shown, the above-captioned action is hereby dismissed in its entirety, each party to bear its own attorneys' fees and cots.

**IT IS SO ORDERED**.

Dated this 24th day of May, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2